**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00417-CV**

_____

**NORRIS R. HARRIS, ROYALITE PETROLEUM COMPANY, INC., AND MAY PETROLEUM, INC., Appellants**

**V.**

**HUBERT OXFORD III, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-190,437**

**MEMORANDUM OPINION**

The appellants, Norris R. Harris, Royalite Petroleum Company, Inc., and May Petroleum, Inc., filed an unopposed motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1



_____
HOLLIS HORTON
Justice

Opinion Delivered March 27, 2014

Before Kreger, Horton, and Johnson, JJ.